IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Parker, Barbara Jaen | Case Number: 04 B 13818 |
| | Judge: Hollis, Pamela S |
| Printed: 1/29/08 | Filed: 4/7/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 26, 2007
Confirmed: June 28, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 44,623.63 | |
| Secured: | | 31,020.77 |
| Unsecured: | | 1,080.60 |
| Priority: | | 7,582.71 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 2,223.76 |
| Other Funds: | | 15.79 |
| Totals: | 44,623.63 | 44,623.63 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Option One Mortgage Corp | Secured | 34,614.99 | 28,979.99 |
| 3. | City Of Chicago | Secured | 460.30 | 460.30 |
| 4. | Option One Mortgage Corp | Secured | 1,580.48 | 1,580.48 |
| 5. | Illinois Dept of Revenue | Priority | 1,661.52 | 1,661.52 |
| 6. | Internal Revenue Service | Priority | 5,921.19 | 5,921.19 |
| 7. | Capital One | Unsecured | 46.72 | 22.08 |
| 8. | Peoples Energy Corp | Unsecured | 131.13 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 454.46 | 215.03 |
| 10. | RoundUp Funding LLC | Unsecured | 83.03 | 39.29 |
| 11. | Asset Acceptance | Unsecured | 125.77 | 59.50 |
| 12. | MRC Receivables Corp | Unsecured | 92.29 | 43.68 |
| 13. | Internal Revenue Service | Unsecured | 1,481.58 | 701.02 |
| 14. | Illinois Dept of Revenue | Unsecured | 31.59 | 0.00 |
| 15. | Jefferson Capital | Unsecured | 94.14 | 0.00 |
| 16. | Internal Revenue Service | Priority | | No Claim Filed |
| 17. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 18. | Internal Revenue Service | Priority | | No Claim Filed |
| 19. | Internal Revenue Service | Priority | | No Claim Filed |
| 20. | Internal Revenue Service | Priority | | No Claim Filed |
| 21. | Midwest Eye Institute | Unsecured | | No Claim Filed |
| 22. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 23. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 24. | SBC | Unsecured | | No Claim Filed |
| 25. | Commonwealth Edison | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Parker, Barbara Jaen | Case Number: 04 B 13818 |
| | Judge: Hollis, Pamela S |
| Printed: 1/29/08 | Filed: 4/7/04 |

| | | | | |
|---|---|---|---|---|
| 26. McMahan & Svgunick | | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 49,479.19 | $ 42,384.08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 234.55 |
| 6.5% | 641.25 |
| 3% | 102.60 |
| 5.5% | 627.00 |
| 5% | 171.00 |
| 4.8% | 354.11 |
| 5.4% | 93.25 |
| | _____ |
| | $ 2,223.76 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____